UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HARRIET JEAN GARTHWAIT FREY,<br>    Plaintiff,<br> v.<br>CAROLYN W. COLVIN, Acting Commissioner of Social Security,<br>    Defendant. | No. EDCV 13-1190 FFM<br><br>JUDGMENT |

  In accordance with the Memorandum Decision and Order filed concurrently herewith,

  IT IS HEREBY ADJUDGED that the decision of the defendant, the Commissioner of Social Security Administration, is affirmed and this action is dismissed with prejudice.

DATED: June 2, 2014

                /S/ FREDERICK F. MUMM
                 FREDERICK F. MUMM
              United States Magistrate Judge